JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** DEA

**City** Lawrence                **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number  26-MJ-6167-JCB

Search Warrant Case Number  26-MJ-6168-JCB

R 20/R 40 from District of _____

**Defendant Information:**                Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name    Theron Honore                                   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:    Negron

Address:    63 Buswell Street, Lawrence, MA 01841

Birth date (Yr only): 1995    SSN (last 4#): _____    Sex: M    Race Latino    Nationality: Dominican Republic

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information**

AUSA:    Amanda Beck                          Bar Number if applicable:  CA 287767

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:  Spanish

**Victims:**  ☐ Yes  ☑ No      If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:** _____

**Arrest Date:**    06/04/26

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____      ☐ Serving Sentence      ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**  ☐ Petty _____      ☐ Misdemeanor _____      ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/4/2026          Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Theron Honore _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Distribution of a Controlled Substance | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013